[Cite as *Fields v. Police Pub. Records Section*, 2020-Ohio-4905.]

| | |
|---|---|
| LARRY D. FIELDS | Case No. 2019-01143PQ |
| Requester | Judge Patrick M. McGrath |
| v. | <u>JUDGMENT ENTRY</u> |
| POLICE PUBLIC RECORDS SECTION | |
| Respondent | |

{¶1} On May 21, 2020, a special master issued a report and recommendation (R&R) regarding a public-records dispute in this case. The special master recommends that the court find: (1) requester's claims for production of records have been rendered moot by production subsequent to the filing of requester's complaint, and by requester's demonstrated possession of the only redacted portions of those records; (2) requester has failed to show by clear and convincing evidence that any additional responsive records existed in respondent's possession at the time of requester's request; and (3) court costs should be assessed equally between the parties.

{¶2} Neither party has filed timely written objections to the R&R, as permitted by R.C. 2743.75(F)(2) and tolled by 2020 Am.Sub.H.B. No. 197. Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, this court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} Upon review of the special master's R&R of May 21, 2020, the court determines that there is no error of law or other defect evident on the face of the R&R. The court adopts the special master's R&R, including the special master's findings of fact, conclusions of law, and recommendations contained in the R&R. Judgment is rendered in favor of respondent. Court costs are assessed equally between the parties

Case No. 2019-01143PQ                -2-                                ENTRY

in accordance with the special master's recommendation.  The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


_____
PATRICK M. MCGRATH
Judge

Filed August 11, 2020
Sent to S.C. Reporter 10/12/20